## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| DAVID F. McKINLEY and JILL DAVIS McKINLEY, as Co-Personal Representatives of the Estate of Joseph McKinley, deceased, | : : : : : |
| Plaintiffs, | : CASE NO. 3:18-CV-15-TBR : |
| v. | : : |
| NORFOLK SOUTHERN RAILWAY COMPANY | : : : |
| Defendant. | : |

## STATUS REPORT

COMES NOW John A. Moss, counsel of record for David F. McKinley and Jill Davis McKinley, as Co-Personal Representatives of the Estate of Joseph McKinley, deceased, pursuant to this Court's Order of June 12, 2019 (Doc. 25), and submits this Status Report, showing the Court as follows:

1. The parties have settled the case.

2. George W. Gesenhues, Jr., Esq. represents the decedent's estate.

3. The decedent's divorced parents are Co-Personal Representatives of the Estate.

4. All counsel have conferred or corresponded on several occasions to answer technical questions about tax issues and payment of funds.

5. On June 24, 2019 Mr. Gesenhues, in response to inquiry from John A. Moss, estimated that the Probate Court will approve the Settlement Agreement and Release by July 24, 2019.

6. Based on representations from Mr. Gusenheus, there is nothing left for John Moss or counsel for Defendant to do to expedite the approval of the settlement by the Probate Court.

-2-

7. Consequently, counsel expects that on or before August 1, 2019, the settlement will be approved and the parties will file a dismissal.

This 26th day of June, 2019.

                                      Respectfully submitted,

                                      **STEEL & MOSS, LLP**

                                      By: */s/ John A. Moss*
                                      John A. Moss, *Admitted Pro Hac Vice*
                                      Georgia Bar No. 677646

The Fountains at Piedmont Center
3495 Piedmont Road, N.E.
Building 11, Suite 905
Atlanta, Georgia 30305
(404) 264-1292 ph.
jmoss@steel-moss.com

                                      -And-

                                      **THE POPPE LAW FIRM**

                                      Hans G. Poppe
                                      Kentucky Bar I.D. #88530

8700 Westport Road
Suite 201
Louisville, Kentucky 40242
(502) 895-3400
hans@poppelawfirm.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically send e-mail notification of the filing to the following attorneys of record:

| | |
|---|---|
| Ronald K. Wray, II | Kathiejane Oehler, Esq. |
| Gallivan, White & Boyd, P.A. | Dinsmore and Shohl, LLP |
| 55 Beattie Place, Suite 1200 | 101 South Fifth Street |
| Greenville, SC 29601 | Suite 2500 |
| rwray@gwblawfirm.com | Louisville, KY 40202 |
| | kathiejane.oehler@dinsmore.com |

This 26th day of June, 2019.

**STEEL & MOSS, LLP**

By: */s/ John A. Moss*
John A. Moss, *Admitted Pro Hac Vice*
Georgia Bar No. 677646