## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| DAVID F. McKINLEY and<br>JILL DAVIS McKINLEY, as Co-Personal<br>Representatives of the Estate of Joseph<br>McKinley, deceased, | : <br> : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | CASE NO. 3:18-CV-15-TBR |
| v. | : <br> : | |
| NORFOLK SOUTHERN RAILWAY<br>COMPANY | : <br> : <br> : | |
| Defendant. | : | |

**AGREED ORDER AND STIPULATION OF ALL PARTIES DISMISSING PLAINTIFF'S THE ESTATE OF JOSEPH MCKINLEY, JR.'S COMPLAINT AGAINST NORFOLK SOUTHERN RAILWAY COMPANY WITH PREJUDICE**

By agreement and stipulation of the Plaintiff, The Estate of Joseph McKinley, (hereinafter "Plaintiff") by and through Plaintiff's counsel of record, John Moss and Hans Poppe, and the Defendant, Norfolk Southern Railway Company (hereinafter "NSRC" or the "Railroad"), by and through the Railroad's counsel of record, Kathiejane Oehler and Ronald Wray,

**IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED** that the **COMPLAINT OF THE PLAINTIFF**, The Estate of Joseph McKinley, Jr., against Norfolk Southern Railway Company and all claims of any nature whatsoever by the Plaintiff against the Railroad, be and the same hereby are, **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** each party hereto shall be responsible for payment of their own costs, expenses, and attorney's fees.

---

**CLARIA HORN BOOM, DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

DATE ENTERED:_____

HAVE SEEN AND AGREED TO:

*s/John A. Moss*
John A. Moss, Esq.
jmoss@steel-moss.com
Steel & Moss, LLP
3495 Piedmont Road, NE
Building 11, Suite 905
Atlanta, Georgia 30305
(404) 788-5032

Hans G. Poppe, Esq.
hans@poppelawfirm.com
The Poppe Law Firm
8700 Westport Road, Suite 201
Louisville, Kentucky 40242
(502) 895-3400

**COUNSEL FOR PLAINTIFF,**
**THE ESTATE OF JOSEPH MCKINLEY, JR.**

And


*s/Kathiejane Oehler*
Kathiejane Oehler, Esq.
Kathiejane.Oehler@Dinsmore.com
Dinsmore and Shohl, LLP
101 South Fifth Street - Suite 2500
Louisville, Kentucky  40202
(502) 540-2562

And

Ronald K. Wray, II (S.C. Bar No. 65246)
rwray@gwblawfirm.com
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601

**COUNSEL FOR DEFENDANT**
**NORFOLK SOUTHERN RAILWAY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Plaintiff The Estate of Joseph McKinley's and the Defendant Norfolk Southern Railway Company's Agreed Order Dismissing Plaintiff's Complaint Against the Railroad With Prejudice  was served via the ECF this the 20th day of September, on:

Kathiejane Oehler, Esq.
Kathiejane.Oehler@Dinsmore.com
Dinsmore and Shohl, LLP
101 South Fifth Street
Suite 2500
Louisville, Kentucky  40202
(502) 540-2562

And

Ronald K. Wray, II (S.C. Bar No. 65246)
rwray@gwblawfirm.com
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601

**COUNSEL FOR DEFENDANT
NORFOLK SOUTHERN RAILWAY COMPANY**

>                    *s/John A. Moss*
>                    **COUNSEL FOR PLAINTIFF
>                    JOSEPH MCKINLEY**