UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOSEPH MCKINLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:18-CV-015-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| NORFOLK SOUTHERN RAILWAY ) | **PREJUDICE** |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order and Stipulation [R. 28] of each of Plaintiffs' claims against Defendant Norfolk Southern Railway Company, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  This matter is **DISMISSED WITH PREJUDICE** as to the Defendant;

2.  All dates and deadlines are hereby **VACATED**; and

3.  This matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 25th day of September, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record